

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00127-CV

**KP-SA MANAGEMENT, LLC** and Thang "Kido" Pham,
Appellants

v.

**M & M ORTHODONTICS, PA** and U Too Dental, PLLC,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CI00435
Honorable Lisa Jarrett, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE SPEARS, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, the trial court's order denying appellants KP-SA Management, LLC and Thang "Kido" Pham's Texas Citizens Participation Act motion to dismiss is AFFIRMED. Costs of appeal are taxed against appellants KP-SA Management, LLC and Thang "Kido" Pham.

SIGNED July 23, 2025.

_____
Irene Rios, Justice